FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS HAMILTON and CHARDONNAY HAMILTON, individually, and as the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, a wholly owned subsidiary of UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas intrainsurance exchange doing business in the State of Washington,<br><br>Defendant. | No. 2:22-CV-00329-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 15** |

Before the Court is the parties' joint motion to dismiss with prejudice. ECF No. 15. The parties jointly move to dismiss this matter, with each party bearing its own costs and fees. ECF No. 15 at 1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court grants the motion and dismisses the action with prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal, **ECF No. 15**, is **GRANTED.**

2. This action shall be **DISMISSED with prejudice**, with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

**DATED** August 18, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2